101 A.3d 782

**Randall A. CASTELLANI and Joseph J. Corcoran, Petitioners**

v.

**The SCRANTON TIMES, L.P. and Jennifer L. Henn, Respondents.**

Supreme Court of Pennsylvania.

Sept. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of September, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Whether in excluding Judge Garb's [Opinion] and Judge Feudal Opinion as inadmissible hearsay, the Superior Court misapplied this Court's controlling authority under *Weaver v. Lancaster Newspapers, Inc.,* 592 Pa. 458, 926 A.2d 899 (2007), where both documents provided [the] Newspaper with strong grounds for believing that, before republishing the defamatory content of a January 12, 2004 article reporting on the Petitioners' testimony before a statewide investigating grand jury, the content of the January 12, 2004 article was false.

(2) Whether the Superior Court erred in its alternative holding that Judge Garb's [Opinion] and Judge Feudale's Opinion should be excluded under Pa.R.E. 403 on prejudice grounds, where both documents are elemental evidence of [the Newspaper's] state of mind and reckless disregard for the truth or falsity of [the Newspaper's] January 12, 2004 and September 18, 2004 articles reporting on [Petitioners'] grand jury testimony.